428 A.2d 250

Commonwealth v. Vargo, Appellant.

Argued April 16, 1980.   Thomas R. Ceraso, for appellant;  James J. Conte, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is hereby affirmed.

428 A.2d 250

Commonwealth v. West, Appellant.

Francis M. Walsh, Assistant Public Defender, for appellant;  Mary M. Killinger, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.